

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2020

**BY ECF**

The Honorable Denny Chin
United States Circuit Judge
Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:   *United States v. Thomas Marmolejos*, 99 Cr. 1048 (DC)

Dear Judge Chin:

    The Government respectfully submits this letter to request an adjournment of the current deadline of July 27, 2020 for filing its response to defendant Thomas Marmolejas's petition pursuant to 28 U.S.C. § 2255 (the "Petition") in the above-captioned case. Following the Second Circuit's mandate, the Government has endeavored to collect the necessary files from records in order to respond to the defendant's motion, but has not yet been able to do so. Specifically, while the Government has obtained some relevant files, others remain outstanding. The Government is hopeful that the necessary records will be available in the next week or two. Accordingly, the Government requests an additional 30 days to respond to the defendant's motion.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              Acting United States Attorney

                       By:       _____
                                              Kiersten A. Fletcher
                                              Assistant United States Attorney
                                              Southern District of New York
                                              (212) 637-2238

06.06.16

## AFFIRMATION OF SERVICE

I, Kiersten A. Fletcher, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On July 27, 2020, I caused a copy of the foregoing to be served on the defendant via U.S. mail at the following address:

> Thomas Marmolejas
> Reg. No. 48376-054
> FCI Otisville
> P.O. Box 1000
> Otisville, NY 10963

Dated: New York, New York
July 27, 2020

/s/ Kiersten A. Fletcher
Kiersten A. Fletcher
Assistant United States Attorney
(212) 637-2238

**SO ORDERED.**
**s/Denny Chin**
**U.S.C.J. Sitting by Designation**
**July 27, 2020**

06.06.16