UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                         :

                - v -                                    :        ORDER

THOMAS MARMOLEJOS,                          :        99 Cr. 1048-03 (DC)

                Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        Defendant having moved *pro se* for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), it is hereby ordered that the Government shall respond to the motion in writing on or before July 7, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Marmolejos at the address listed below.

        SO ORDERED.

Dated:    New York, New York
            June 16, 2023

                                                DENNY CHIN
                                                United States Circuit Judge
                                                Sitting by Designation

To:    Thomas Marmolejos, Register No. 48376-054
        Federal Correctional Institution Otisville
        P.O. Box 1000
        Otisville, NY  12963