UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

          - v -        :        **ORDER OF RECUSAL**

THOMAS MARMOLEJOS,        :        99 Cr. 1048-03 (DC)

          Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

    Defendant Thomas Marmolejos has moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 280, 281, 282. I learned only today that Mr. Marmolejos's daughter, who has submitted a letter on his behalf, see Dkt. 280-2 at 13, went to school with one of my sons some years ago. Although she also submitted a letter in 2021 in support of Mr. Marmolejos's prior application for compassionate release, see Dkt. 260-13, I missed this fact.

    In any event, I hereby recuse myself from further participation in proceedings involving Mr. Marmolejos, pursuant to 28 U.S.C. § 455(a).

    The Clerk of the Court shall reassign Mr. Marmolejos's case and shall mail a copy of this order to Mr. Marmolejos.

    SO ORDERED.

Dated:    New York, New York
           July 7, 2023

                                              DENNY CHIN
                                              United States Circuit Judge
                                              Sitting by Designation